**Jeremiah J. KERBY, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 08–2307.**

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 9, 2009.

Filed: Oct. 21, 2009.

Jeremiah J. Kerby, Terre Haute, IN, pro se.

Raymond John Rigat, Clinton, CT, for Appellant.

Janet Petersen, U.S. Attorney's Office, Sioux City, IA, for Appellee.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Jeremiah J. Kerby appeals the district court's[1] denial of his 28 U.S.C. § 2255 motion. Having carefully reviewed the matter, we conclude Kerby's § 2255 motion is untimely and equitable tolling is not warranted. Thus, we summarily affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Donald E. O'Brien, United States District Judge for the Northern District of Iowa.